

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:26-cr-50 |
| v. | ) | |
| | ) | JUDGES Collier /Steger |
| BRIAN MICHAEL EBBINGHAUS | ) | |

## INDICTMENT

## COUNT ONE
## DISTRIBUTION OF CHILD PORNOGRAPHY

The Grand Jury further charges that, beginning on or about March 1, 2026 and continuing until June 18, 2026, within the Eastern District of Tennessee, the defendant, BRIAN MICHAEL EBBINGHAUS, knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and, that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, BRIAN MICHAEL EBBINGHAUS, shall forfeit to the United States of America, the following:

a.  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The properties to be forfeited include, but are not limited to, the following:

a.  Apple iPhone 16 Pro Max SN# JXRYFHCQ4C
b.  Apple iPhone (unknown model/make)
c.  Apple iPad (unknown model/make)

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Charles D. Minor
Special Assistant United States Attorney

2