Revised 7/2/2025

## CRIMINAL CASE COVER SHEET

By: ☑INDICTMENT ☐SUPERSEDING Case Number: 1:26-cr-50
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20

USA V. BRIAN MICHAEL EBBINGHAUS

☑Felony ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)* ☐Petty Offense

Immigration Case

☐Defendant is being added to existing criminal case ☐Zone A ☐Zone B ☐11(c)(1)(C)
☐Charges/Counts Added

Name of Assigned AUSA: Charles D. Minor

Matter Sealed: ☐YES ☑NO Place of Offense: Hamilton County

☐Interpreter Required Language: _____

Issue: ☐WARRANT ☐SUMMONS ☑WRIT (Motion to be filed)

Arresting Agency: ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: _____

Current Trial Date (if any): _____ before Judge _____

☑Criminal Complaint Filed Case Number: 1:26-mj-179

☐Defendant on Supervised Release Case Number: _____

Related Case/Attorney:

Case Number _____ Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐Federal Defender ☐CJA ☐Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | Y | 1 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature _CDM a, VT.7_