# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )
)　1:26-cr-~~50~~
v. )
) JUDGES _Collier / Steger_
BRIAN MICHAEL EBBINGHAUS )

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T.

Brooks, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the

United States Attorney's Office for the Eastern District of Tennessee, on or before December 21,

2020.

FRANCIS M. HAMILTON III
United States Attorney

By:　_s/Charles D. Minor_
CHARLES D. MINOR, BPR #024605
Special Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 752-5140
charles.minor@usdoj.gov