**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-50 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| BRIAN MICHAEL EBBINGHAUS | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 28) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to Count One of the one-count Indictment; (3) adjudicate Defendant guilty of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One of the one-count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1);
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **March 24, 2027, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

**/s/______________________________**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**